**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JORGE PARAMO MORA,** : | |
| : | |
| Petitioner : | |
| : | CIVIL ACTION NO. 3:18-CV-2232 |
| v. : | |
| : | (Judge Caputo) |
| **THOMAS McGINLEY,** *ET AL.,* : | |
| : | |
| Respondents : | |

**O R D E R**

**AND NOW**, this **31st** day of **JANUARY 2019**, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. The Clerk of Court is directed to **TRANSFER** this case to the United States District Court for the Eastern District of Pennsylvania.

2. The Clerk of Court is directed to **CLOSE** the case.

/s/ A. Richard Caputo
**A. RICHARD CAPUTO
United States District Judge**